STATE AUTO INS. COS. v. McCLAMROCH

No. 326P97

Case below: 124 N.C.App. 461

Petition by appellants (the Kaplans) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 September 1997.

UNITED SERVICES AUTOMOBILE ASSN. v. SIMPSON

No. 309P97

Case below: 126 N.C.App. 393

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

U.S. FIDELITY AND GUAR. CO. v.
COUNTRY CLUB OF JOHNSTON COUNTY

No. 344P97

Case below: 126 N.C.App. 633

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

VIRMANI v. PRESBYTERIAN HEALTH SERVICES CORP.

No. 62P97

Case below: 127 N.C.App. 71

Motion by defendant for temporary stay allowed 26 August 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997. Petition by defendant for writ of supersedeas denied 4 September 1997.

VSA, INC. v. OFFERMAN

No. 319PA97

Case below: 126 N.C.App. 421

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 4 September 1997.